David Seror (SBN 67488)
**CHAPTER 7 TRUSTEE**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 281-6323
Facsimile (310) 859-2325
Email: serortrustee@ecjlaw.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

WOODLAND HILLS DIVISION

| | |
|---|---|
| In re<br><br>BARRY MARK HARMAN,<br><br>    Debtor. | CASE NO. 1:06-bk-10811 MT<br><br>Chapter 7<br><br>NOTICE OF CHANGE OF ADDRESS AND PHONE NUMBERS OF CHAPTER 7 TRUSTEE<br><br>[No Hearing Required] |

Please take notice that commencing on February 2, 2009, the address of David Seror, Chapter 7 Trustee for Barry Mark Harman ("Debtor") shall be as follows:

David Seror, Chapter 7 Trustee
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212
Tel: (310) 281-6323 ● Fax: (310) 859-2325
Email: serortrustee@ecjlaw.com

The Trustee respectfully requests that, commencing on February 2, 2009, all pleadings, notices and other documents in this bankruptcy case are sent to him at the above address.

DATED: March 4, 2009

_____
DAVID SEROR

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss:
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 9401 Wilshire Boulevard, Beverly Hills, California 90212-2974.

On March 10, 2009, I served the document described as

NOTICE OF CHANGE OF ADDRESS AND PHONE NUMBERS OF CHAPTER 7 TRUSTEE

on counsel for the parties in this action, or on the parties *in propria persona*, addressed as stated on the attached service list:

[X]    BY MAIL: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service on that same day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]    BY NEXT-DAY DELIVERY: Via Overnite Express. I am readily familiar with my employer's practice for the collection and processing of correspondence via Overnite Express. In the ordinary course of business, this correspondence would be picked up by Overnite Express on that same day.

[ ]    BY FACSIMILE: I caused such document to be sent via facsimile to the names and facsimile numbers listed above and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

[ ]    (STATE) I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

[X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

EXECUTED on March 10, 2009, at Beverly Hills, California.

_____
KIMBERLY ANTHONY

**SERVICE LIST**

Hon. Maureen Tighe
United States Bankruptcy Judge
U.S. Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91367

Office of the U.S. Trustee
21051 Warner Center Lane #115
Woodland Hills, CA 91367

Debtor
Barry Mark Harman
17267 Bircher St.
Granada Hills, CA 91344

Attorney for Debtor
Alan Forsley, Esq.
1875 Century Park East, #2200
Los Angeles, CA 90067